# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Webster v. C.R. Bard, Inc., et al.*
Case No. 2:23-cv-1582

## ORDER

Plaintiff Donna Webster filed a complaint on June 11, 2021, asserting various claims against Defendants Davol, Inc. and C.R. Bard, Inc. related to a Parastomal Patch hernia mesh device. (Case No. 21-cv-3495, ECF No. 1.) Plaintiff filed a new complaint with different counsel on May 10, 2023, asserting various claims against Defendants related to a Bard Mesh hernia mesh device.[1] (ECF No. 1.) This matter is before the Court on Defendants' Motion to Dismiss as to the later-filed case (ECF No. 3). Plaintiff did not respond to Defendants' Motion. Therefore, the Court will treat the Motion as unopposed. Accordingly, Defendants' Motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

  IT IS SO ORDERED.


**12/13/2023**               s/Edmund A. Sargus, Jr.
**DATE**                 **EDMUND A. SARGUS, JR.**
                  **UNITED STATES DISTRICT JUDGE**

---

[1] Defendants explain that the Parastomal Patch is a shaped version of the Bard Mesh and that the claims are referencing the same product. (ECF No. 3 at PageID #13.)